IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY J. SAMUEL
#68020                                                                                          PLAINTIFF

v.                                        No. 4:23-cv-824-DPM

DOE, Ms. Jody, Tiger Provider, Pope County
Detention Center, Tiger Correctional and
POPE COUNTY DETENTION CENTER                                              DEFENDANTS

## ORDER

1.  On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, *Doc. 4*, and overrules Samuel's objections, *Doc. 6*. Fed. R. Civ. P. 72(b)(3). Samuel's complaint will be dismissed without prejudice for failure to state a claim. This Court recommends that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

2.  Motion for status update, *Doc. 5*, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2023