IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY J. SAMUEL
#68020                                                                                         PLAINTIFF

v.                            No. 4:23-cv-824-DPM

DOE, Ms. Jody, Tiger Provider, Pope County
Detention Center, Tiger Correctional and
POPE COUNTY DETENTION CENTER                               DEFENDANTS

## JUDGMENT

Samuel's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2023